```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ILLINOIS
                  EASTERN DIVISION
```

| | |
|---|---|
| **PATRICIA KENNEDY,** **individually,** | |
| Plaintiff, | **Case No. 20 C 2334** |
| v. | **Judge Harry D. Leinenweber** |
| **EXCEL HOSPITALITY, LLC, an Illinois Limited Liability Company,** | |
| Defendant. | |

## ORDER

Plaintiff Patricia Kennedy's Motion for Attorneys' Fees and Costs (Dkt. No. 17) is granted. The Court awards Kennedy $4,262.50 in attorneys' fees and $440.90 in costs.

## STATEMENT

Under the American with Disabilities Act, a prevailing party may recover reasonable attorney's fees, including litigation expenses and costs. *Webb v. James*, 967 F. Supp. 320, 322 (N.D. Ill. 1997) (citing 42 U.S.C. § 12205); *Mortland v. Lights Out Devs., LLC*, No. 1:19-CV-2557-JMS-DLP, 2020 WL 3577867, at *3 (S.D. Ind. July 1, 2020). On July 10, 2020, Plaintiff Patricia Kennedy obtained a default judgment in her suit against Defendant Excel Hospitality, LLC. On August 26, 20120, Kennedy moved for attorneys' fees and costs.

To collect attorneys' fees under § 12205, the movant must show that she has prevailed and that the fee request is reasonable. *Webb*, 967 F.Supp. at 322. Kennedy won a default judgment in this suit. As such, Kennedy seeks reimbursement. Kennedy submits the

Affidavit of Thomas B. Bacon, Affidavit of Kimberly A. Corkill, and Plaintiff's Bill of Costs and Litigation Expenses with this Motion. After reviewing the submitted materials, the Court finds time and costs to be "reasonably expended." *Tchemkou v. Mukasey*, 517 F.3d 506, 510–11 (7th Cir. 2008).

Accordingly, the Court grants Plaintiff Patricia Kennedy's Motion for Attorneys' Fees and Costs (Dkt. No. 17) and awards Kennedy $4,262.50 in attorneys' fees and $440.90 in costs.

                          Harry D. Leinenweber, Judge
                          United States District Court

Dated: 10/8/2020